IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:15-CV-119-MR-DCK

| CHARLES DEAN WILLINGHAM, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CITY OF ASHEVILLE NC MAYOR STAFFS, DAVID GANTT, CAROLINE LONG, NOELE TACKETT, RHA KEY PROGRAMS HEALTH SERV., and AHOPE STAFF, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of "Defendants Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6)" (Document No. 10)

In accordance with Roseboro v. Garrison 582 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that he has a right to respond to Defendant's motion. The Court also advises Plaintiff that failure to respond may result in Defendant Gantt being granted the relief he seeks, that is, the dismissal of the Complaint.

**IT IS, THEREFORE, ORDERED** that Plaintiff may respond to the pending "Defendants Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6)" (Document No. 10) on or before **September 3, 2015**. Failure to file a timely and persuasive response may lead to the dismissal of this lawsuit.

Signed: August 17, 2015

David C. Keesler
United States Magistrate Judge