IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:15-CV-119-MR-DCK

| | |
|---|---|
| CHARLES DEAN WILLINGHAM, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| CITY OF ASHEVILLE NC MAYOR STAFFS, DAVID GANITT, CAROLINE LONG, NOELE TACKETT, RHA KEY PROGRAMS HEALTH SER., AHOPE STAFFS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants City of Asheville N.C. Housing Establishment, Noele Tackett and Carol Logan's "Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Complaint" (Document No. 12) filed August 18, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants City of Asheville N.C. Housing Establishment, Noele Tackett and Carol Logan's "Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Complaint" (Document No. 12) is **GRANTED**. Defendants City of Asheville N.C. Housing Establishment, Noele Tackett and Carol Logan shall have up to and including **September 21, 2015** to answer or otherwise respond to Plaintiff's Complaint.

Signed: August 18, 2015

David C. Keesler
United States Magistrate Judge