THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00119-MR-DCK

| CHARLES DEAN WILLINGHAM, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| CITY OF ASHEVILLE NC MAYOR STAFFS, DAVID GANTT, CAROLINE LONG, NOELE TACKETT, RHA KEY PROGRAMS HEALTH SERVICES, AHOPE STAFFS, CITY OF ASHEVILLE NC HOUSING ESTABLISHMENT, and CAROL LOGAN, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Plaintiff's response [Doc. 23] to the Court's Order of September 12, 2015 [Doc. 22].

In his response to the Court's Order, the Plaintiff indicates that with the exception of AHOPE Staffs, he intended in his prior Notice of Dismissal [Doc. 18] to dismiss all of the named Defendants in this action, including the Defendant Caroline Long. [Doc. 23].

Accordingly, **IT IS, THEREFORE, ORDERED** that Defendant Caroline Long is hereby **DISMISSED WITH PREJUDICE** from this action.

**IT IS SO ORDERED.**

Signed: October 2, 2015

Martin Reidinger
United States District Judge