# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| CHARLES DEAN WILLINGHAM, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00119-MR-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| AHOPE STAFFS, | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 19, 2016 Order.

January 19, 2016

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court